IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 09-1733-TUC-JMR(JCG) |
| | ) | |
| v. | ) | **O R D E R** |
| John Geoffrey Ibarra, | ) | |
| Alex Ibarra Torres, | ) | |
| | ) | |
| Defendants. | ) | |

The District Court, having independently reviewed the pleadings in the court file in this matter and the Magistrate Judge's Report and Recommendation, and no objections having been filed by counsel of record,

**IT IS ORDERED** that the District Court **ADOPTS** the Magistrate Judge's Report and Recommendation dated April 14, 2010.

**IT IS FURTHER ORDERED** as follows:

1. Defendant Torres' Motion to Sever [18] is GRANTED for purposes of trial only.

2. Absent an objection from the Government, Defendant No. 1, John Geoffrey Ibarra, will proceed to trial first on July 12, 2010.

3. The trial for Defendant No. 2, Alex Ibarra Torres, will immediately trail.

A Motions Hearing for both defendants is presently set before Magistrate Judge Guerin on June 11, 2010 at 9:15 a.m.

DATED this 5th day of May, 2010.

_____
John M. Roll
Chief United States District Judge